### (September 21, 1970)

RICHARD L. AFFENITO, an Infant by His Father ALFRED AFFENITO, et al., Plaintiffs, v. TOWN OF SOUTHAMPTON et al., Defendants. LONG ISLAND LIGHTING COMPANY, Defendant and Third-Party Plaintiff-Respondent; RICHARD H. HARTMANN, Third-Party Defendant-Appellant.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.